1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       1301 Clay Street, Box 340S
5      Oakland, California 94612
       Telephone: (510) 637-3697
6      FAX: (510) 637-3724

7  Attorneys for the United States

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   EVELYN DAVIDSON,                       )
12                                        )   No. C 09-1695-SBA
                   Plaintiff,             )
13                                        )
               v.                         )   **STIPULATION TO EXTEND DATE OF**
14                                        )   **CASE MANAGEMENT CONFERENCE;**
   CARL KORMAN; PETE GEREN,               )   **AND [ ORDER**
15                                        )
                   Defendants.            )
16

17     The plaintiff, proceeding *pro se*, and the government, specially appearing by and through its

18 attorneys of record and without waiving any of its defenses available under Federal Rule of Civil

19 Procedure 12(b)(6), hereby stipulate, subject to approval of the Court, to extend the date of the case

20 management conference in the above-entitled action in light of the following:

21     (1)  The plaintiff filed this action on April 17, 2009.

22     (2)  The United States Attorney's Office was served with the summons and complaint on

23 August 11, 2009, and the Assistant United States Attorney assigned to this case is in the process of

24 determining whether service has been properly completed on each defendant in this action.

25     (3)  A case management conference is currently scheduled for September 9, 2009.

26     (4)  In order to give the government sufficient time to determine whether the defendants have

27 been properly served and to file a responsive pleading, the parties respectfully ask this Court to

28 extend the date of the case management conference from September 9, 2009, to October 8, 2009.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 09-1695 SBA

1
2  Dated: September 1, 2009                                /s/
3                                                         EDWARD A. OLSEN
                                                          Assistant United States Attorney
4
5
6
7  Dated:  September 1, 2009                              /s/
                                                          EVELYN DAVIDSON
8                                                         *Pro Se*

9
## ORDER
10
   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference
11
be continued to October 8, 2009, at 3:45 p.m., and the parties will file a joint case management
12
conference statement 7 days in advance of the re-scheduled Case Management Conference.  The
13
Assistant United States Attorney assigned to this case will set up the conference call with all the
14
parties on the line and will call chambers at (510) 637-3559.
15

16
   Dated:   September 8, 2009                    _____
17                                                         SAUNDRA B. ARMSTRONG
                                                          United States District Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 09-1695 SBA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EVELYN DAVIDSON,

    Plaintiff,

  v.

CARL E. KORMAN et al,

    Defendant.
    _____/

Case Number: CV09-01695 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Evelyn Davidson
3124 Sacramento Street
San Francisco, CA 94115

Dated: September 8, 2009

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 09-1695 SBA