IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN DAVIDSON,

    Plaintiff,                            CIV. NO. S-10-2502 FCD GGH PS

    vs.

CARL E. KORMAN, et al.,

    Defendants.                          ORDER

_____/

        Defendants' motion to dismiss presently is calendared for hearing on November 4, 2010.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The November 4, 2010 hearing on the motion to dismiss, filed October 1, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: October 28, 2010

                                    /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                U. S. MAGISTRATE JUDGE

GGH:076:Davidson2502.vac.wpd