IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN DAVIDSON,

        Plaintiff,                      CIV. NO. S-10-2502 FCD GGH PS

    vs.

CARL E. KORMAN, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff has filed a request to stay the proceedings pending her anticipated surgery and recovery. Defendants do not oppose the request.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 29, 2010 (dkt. # 63) request for an extension of time is granted; and

        2. This action is stayed from December 24, 2010 until March 28, 2011.

DATED: December 7, 2010

                            /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:076/Davidson2502.36-2.wpd