IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN DAVIDSON,

    Plaintiff,                      CIV. NO. S-10-2502 FCD GGH PS

    vs.

CARL E. KORMAN, et al.,

    Defendants.              ORDER

_____/

        On December 30, 2010, order and findings and recommendations were issued after the court ordered stay of December 7, 2010, staying the action until March 28, 2011. As a result the order and findings and recommendations will be vacated, but will be re-submitted on March 28, 2011 for district court consideration, along with the objections and response already submitted by the parties. No further objections need be filed.

        Accordingly, IT IS ORDERED that the order and findings and recommendations, filed December 30, 2010, are vacated pending resubmission.

DATED: January 26, 2011

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076/Davidson2502.sta.wpd