IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN DAVIDSON,

    Plaintiff,                              CIV. NO. S-10-2502 FCD GGH PS

    vs.

CARL E. KORMAN, et al.,

    Defendants.

_____/ <u>ORDER</u>

        On January 26, 2011, the undersigned vacated the findings and recommendations, originally filed on December 30, 2010, because a stay was in effect as of December 7, 2010. The findings and recommendations were to be reinstated at the expiration of the stay on March 28, 2011.

        Accordingly, IT IS ORDERED that: the findings and recommendations issued December 30, 2010, and vacated on January 27, 2011, are re-filed as of today's date. The objections and reply filed January 5 and 18, 2011, are considered re-submitted as of this date.

DATED: March 29, 2011

                                                      /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076:Davidson2502.mtn2