IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN DAVIDSON,

    Plaintiff,                              CIV. NO. S-10-2502 FCD GGH PS

   vs.

CARL E. KORMAN, et al.,

    Defendants.                      FINDINGS AND RECOMMENDATION
_____/

       Plaintiff has filed a second notice of intent not to file an amended complaint. Accordingly, for the reasons stated in this court's findings and recommendations, filed March 29, 2011,[1] as adopted by the district court on April 13, 2011, IT IS HEREBY RECOMMENDED that this action be dismissed.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the

---

[1] The Findings and Recommendations were reinstated on March 30, 2011.

1

1 objections shall be served and filed within fourteen (14) days after service of the objections. The
2 parties are advised that failure to file objections within the specified time may waive the right to
3 appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 12, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Davidson2502.fr